SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARTIN D. KATZ, Cal. Bar No. 110681
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
mkatz@sheppardmullin.com
jramsey@sheppardmullin.com

JS-6

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT
INC.; SONY PICTURES TELEVISION
INC.; UNIVISION COMMUNICATIONS
INC.; THE UNIVISION NETWORK
LIMITED PARTNERSHIP; UNIMAS
NETWORK; RCN INTERNATIONAL,
INC.; RCN TELEVISION S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA LONDONO,<br><br>Plaintiff,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT; SONY PICTURES TELEVISION; UNIVISION COMMUNICATIONS; UNIVISION; TELEFUTURA, D.B.A. UNIMAS; RCN INTERNATIONAL; RCN TELEVISION; GLOBAL TRUST NETWORK; LAWRENCE SOTO; IVAN MCCALLISTER; SERGIO CABRERA; JUAN CARLOS PEREZ,<br><br>Defendants. | Case No. 5:14-cv-01849 VAP (KKx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Gina Londono and Defendants Sony Pictures Entertainment Inc. (named in the Complaint as Sony Picture Entertainment) ("SPE") and Sony Pictures Television Inc. (named in the Complaint as Sony Pictures Television) ("SPT") (collectively, "Sony"); defendants Univision Communications Inc. (named in the Complaint as Univision Communications) ("UCI"), The Univision Network Limited Partnership (named in the Complaint as Univision) ("Univision Network") and UniMas Network f/k/a TeleFutura Network (named in the Complaint as TeleFutura, dba UniMas) (collectively, "Univision"); and defendants RCN International, Inc. (named in the Complaint as RCN International) ("RCNI") and RCN Television S.A. ("RCN TV") (collectively, "RCN") (collectively, "Defendants") hereby stipulate that the entire action and all claims asserted against all parties be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with all parties bearing their respective attorneys' fees and costs.

Dated: May 29, 2015

By _____
GINA LONDONO
Plaintiff

Dated: May 29, 2015     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MARTIN D. KATZ
Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC.;
SONY PICTURES TELEVISION INC.; UNIVISION
COMMUNICATIONS INC.; THE UNIVISION
NETWORK LIMITED PARTNERSHIP; UNIMAS
NETWORK; RCN INTERNATIONAL, INC.; RCN
TELEVISION S.A.

IT IS SO ORDERED.
DATED: May 28 2015

_____
Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

-1-